| | |
|---|---|
| 1 | **THE LAW OFFICES OF CARLIN & BUCHSBAUM, LLP**<br>GARY R. CARLIN, CSBN: 44945 |
| 2 | Email: gary@carlinbuchsbaum.com<br>BRENT S. BUCHSBAUM, CSBN: 194816 |
| 3 | Email: brent@carlinbuchsbaum.com<br>MITCHEL A. BRIM, CSBN:  239341 |
| 4 | Email: mitchel@carlinbuchsbaum.com<br>555 East Ocean Blvd., Suite 818 |
| 5 | Long Beach, California  90802<br>Telephone: (562) 432-8933 |
| 6 | Facsimile:  (562) 435-1656 |
| 7 | Attorneys for SHUYU ZHAO, Plaintiff |
| 8 | **MCGUIREWOODS LLP**<br>Sabrina A. Beldner, Esq. (SBN 221918) |
| 9 | Email: sbeldner@mcguirewoods.com<br>1800 Century Park East, 8th Floor |
| 10 | Los Angeles, California 90067<br>Telephone: (310) 315-8200 |
| 11 | Facsimile: (310) 315-8210 |
| 12 | Attorneys for Defendants<br>LABTEST INTERNATIONAL INC. d/b/a INTERTEK CONSUMER GOODS |
| 13 | NORTH AMERICA ("ICGNA") and FRANK BILSKI |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DIVISION**

| | |
|---|---|
| SHUYU ZHAO,<br><br>         Plaintiff,<br><br>    vs.<br><br>LABTEST INTERNATIONAL, INC. dba INTERTEK CONSUMER GOODS NORTH AMERICA, a North American Corporation; AARON JOHNSON, an individual; FRANK BILSKI, an individual; and DOES 1 through 250, inclusive,<br><br>         Defendants. | CASE NO. CV09-2546-DDP (AGRx)<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER ON JOINT STIPULATION TO PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION** |

1  THE COURT, having reviewed and considered the Joint Stipulation To
2  Protective Order Re: Confidential Information (the "Stipulation") between Plaintiff
3  Shuyu Zhao ("Plaintiff") and Defendants Labtest International Inc. d/b/a Intertek
4  Consumer Goods North America ("ICGNA") and Frank Bilski (collectively
5  "Parties"), and good cause appearing for the same, hereby ORDERS as follows:

7  The Stipulation of the Parties is approved.

9  **IT IS SO ORDERED.**

11  DATE:  December 18, 2009

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE